**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SCHOLLE IPN PACKAGING, INC., and ) <br> LIBERTY SURPLUS INSURANCE ) <br> CORPORATION, as Subrogee of ) <br> Scholle IPN Packaging, Inc., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> VALFILM, LLC, ) <br> ) <br> Defendant. ) | Case No. 1:18-cv-01883 <br><br> Honorable Marvin E. Aspen |

## **STIPULATION TO DISMISS**

PLAINTIFFS, SCHOLLE IPN PACKAGING, INC, and LIBERTY SURPLUS INSURANCE CORPORATION, as Subrogee of Scholle IPN Packaging, Inc., and DEFENDANT, VALFILM, LLC, by their undersigned attorneys, and pursuant to the settlement reached between them, hereby stipulate and agree to the dismissal of this action, with prejudice, each party to bear its own costs and attorney's fees.

AGREED:

| | |
|---|---|
| SCHOLLE IPN PACKAGING, INC., and LIBERTY SURPLUS INSURANCE CORPORATION, as Subrogee of Scholle IPN Packaging, Inc. | VALFILM, LLC |
| | |
| /s/Alyssa Endelman <br> DENENBERG TUFFLEY <br> 28411 Northwestern Hwy., Suite 600 <br> Southfield, MI 48034 <br> *Attorney for Plaintiffs* | /s/Scott D. Stephenson <br> LITCHFIELD CAVO LLP <br> 303 W. Madison St., Suite 300 <br> Chicago, IL 60606 <br> *Attorney for Defendant* |